**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA N. HERNANDEZ,<br><br>    Petitioner,<br><br>  v.<br><br>ANTHONY HEDGPETH, WARDEN<br><br>    Respondent.                / | No. C 10-00201 CRB<br><br>**JUDGMENT** |

Having denied Petitioner Joshua Hernandez's habeas petition, the Court hereby enters judgment for Respondent and against Petitioner

**IT IS SO ORDERED.**

Dated: May 9, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\201\judgment.wpd